UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
E. ARMATA, INC.,

                       Plaintiff,

       - against -

BRACHS FIVE TOWNS, LLC. d/b/a BRACH'S
SUPERMARKET and JACK B. BRACH,

                      Defendants.
-------------------------------------------------------------------X

Case No. 16-cv-2894 (GBD)

**DECLARATION OF SERVICE**

      **GREGORY BROWN,** declares under penalty of perjury as follows:

    1.    On the 19th day of April, 2016, I served a true and correct copy of Order to Show Cause Why Preliminary Injunction Should Not Issue Pursuant to Fed. R. Civ. P. 65, together with all supporting documents, the Summons, Complaint, Corporate Disclosure Statement and Civil Cover Sheet by delivering true copies thereof enclosed in a pre-paid Federal Express mailer, into the exclusive care and custody of Federal Express for overnight delivery, within the State of New York, addressed to each of the following persons at the last known address set forth after each name:

        Brachs Five Towns, LLC d/b/a Brach's Supermarket
        11 Lawrence Lane
        Lawrence, New York 11559

        Jack B. Brach
        733 Caffrey Avenue
        Far Rockaway, New York 11691

    2.    I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on April 19, 2016

                                                                     **GREGORY BROWN**



April 22, 2016

Dear Customer:

The following is the proof-of-delivery for tracking number **776142742064**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Residence |
| **Signed for by:** | Signature not required | **Delivery location:** | 733 CAFFREY AVE<br>FAR ROCKAWAY, NY 11691 |
| **Service type:** | FedEx Priority Overnight | **Delivery date:** | Apr 20, 2016 09:04 |
| **Special Handling:** | Deliver Weekday | | |
| | Residential Delivery | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 776142742064 | **Ship date:** | Apr 19, 2016 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

**Recipient:**
Jack B. Brach
733 Caffrey Avenue
FAR ROCKAWAY, NY 11691 US

**Shipper:**
Gregory Brown
MCCARRON and DIESS
707 Walt Whitman Road
Second Floor
MELVILLE, NY 11747 US

**Reference**                     Armata/Brachs

Thank you for choosing FedEx.



April 22,2016

Dear Customer:

The following is the proof-of-delivery for tracking number **776142715851**.

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | E.ENY | **Delivery location:** | 11 LAWRENCE LANE LAWRENCE, NY 11559 |
| **Service type:** | FedEx Priority Overnight | **Delivery date:** | Apr 20, 2016 09:20 |
| **Special Handling:** | Deliver Weekday | | |



| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 776142715851 | **Ship date:** | Apr 19, 2016 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

| Recipient: | Shipper: |
|---|---|
| Brachs Five Towns, LLC dba Brach's | Gregory Brown |
| 11 Lawrence Lane | MCCARRON and DIESS |
| LAWRENCE, NY 11559 US | 707 Walt Whitman Road |
| | Second Floor |
| | MELVILLE, NY 11747 US |
| **Reference** | Armata/Brachs |

Thank you for choosing FedEx.